**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **YIWU YUXIN E-COMMERCE FIRM,**<br><br>                    Plaintiff,<br>   v.<br><br>**THE PARTNERSHIPS and<br>UNINCOPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A"**<br><br>                    Defendants. | **Civil Action No. 1:23-cv-09264** |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yiwu Yuxin E-Commerce Firm ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Temu Defendants:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 14 | MAER | 319470432176 |
| 15 | Duty Free | 5363667726489 |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

DATED: November 27, 2023

Respectfully submitted,

By: */s/ Stevenson Moore*
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
Texas hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2023, Defendants were served with a copy of the foregoing via email as per paragraph 6 of this Court's Temporary Restraining Order (Dkt. No. 13).

*/s/ Stevenson Moore*
Stevenson Moore