IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YIWU YUXIN E-COMMERCE FIRM,<br><br>            Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>            Defendants. | Civil Action No. 1:23-cv-09264 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yiwu Yuxin E-Commerce Firm ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Temu Defendants:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 2 | ZX Lucky | 293657483183 |
| 5 | MONALLY | 6721379641 |
| 17 | ZHIXUN | 49854835073 |
| 18 | Zhongji Decoration Industry | 2626656491819 |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

DATED: November 30, 2023 	Respectfully submitted,

By: */s/ Stevenson Moore*
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
Texas hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2023, Defendants were served with a copy of the foregoing via email as per paragraph 6 of this Court's Temporary Restraining Order (Dkt. No. 13).

*/s/ Stevenson Moore*
Stevenson Moore