**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YIWU YUXIN E-COMMERCE FIRM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-09264<br><br>Honorable Mary M. Rowland |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yiwu Yuxin E-Commerce Firm ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Temu Defendants:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 7 | kunqi | 36342235442 |
| 8 | ZH Best Jewelry A | 141762420223 |
| 10 | HS Fashion Jewelry D | 4881394347105 |
| 16 | fanglishipin | 16200117400 |

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

| | |
|---|---|
| DATED: December 8, 2023 | Respectfully submitted, |

By: */s/ Stevenson Moore*
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Hao Ni
Texas Bar No. 24047205
Texas hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2023, Defendants were served with a copy of the foregoing via email as per paragraph 6 of this Court's Temporary Restraining Order (Dkt. No. 13).

*/s/ Stevenson Moore*
Stevenson Moore