# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yiwu Yuxin E−commerce Firm

                Plaintiff,

v.                                                Case No.: 1:23−cv−09264

                                                     Honorable Mary M. Rowland

The Partnerships And Unincorporated Associations Identified On Schedule A,

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

        MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the status report. Plaintiff has dismissed all its claims asserted in this matter without prejudice against all eighteen Defendants and none of the Defendants have answered or filed any counterclaims. As such, no motion for default judgment is required in this matter and this case should be closed. Plaintiff's motion for preliminary injunction [18] is denied as moot. The Clerk's office is directed to unseal all documents filed under seal in this case. Further, Plaintiff is ordered to add all Defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. In addition, is a link to video instructions for Plaintiff to view on how to Add Terminate Party https://www.ilnd.uscourts.gov/Videos.aspx?folder=_ cmecf&play=Add_Term;inate.mp4. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.